UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCURY PAYMENTS SYSTEMS LLC, <br><br> Defendant. | Case No. 14-cv-00437-CW   (MEJ) <br><br> **ORDER RE: ELECTRONIC DISCOVERY** <br><br> Re: Dkt. No. 50 |

On July 3, 2014, the parties filed a stipulation regarding electronic discovery. Dkt. No. 50. As the parties' stipulation does not address the requirements of Civil Local Rule 79-5, the stipulation is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge