JOSEPH A. CASTRODALE (admitted *pro hac vice*)  jcastrodale@beneschlaw.com
GREGORY J. PHILLIPS (admitted *pro hac vice*)
gphillips@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   216-363-4500
Facsimile:    216-363-4588

David D. Pope (admitted *pro hac vice*)
dpope@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
30 South Wacker Drive, Suite 2239
Chicago, IL 60606
Telephone:   (312) 203-7628

Thomas M. Williams (admitted *pro hac vice*)
twilliam@ulmer.com
ULMER & BERNE LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
Telephone:   312-658-6500
Facsimile:    312-658-6501

David P. Enzminger (SBN 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone:   650-858-6500
Facsimile:    650-858-6550

Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   415-591-1000
Facsimile:    415-591-1400

*Counsel for Defendant and Counterclaimant Mercury Payment Systems, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation,<br><br>   Plaintiff/Counter-Defendant<br><br>v.<br><br>MERCURY PAYMENT SYSTEMS, LLC, a Delaware limited liability company,<br><br>   Defendant/Counter-Claimant. | Case No. 4:14-cv-00437-CW<br><br>**[PROPOSED] ORDER AND STIPULATION AMENDING THE PARTIES' PROTECTIVE ORDER**<br><br>**Judge: The Honorable Claudia A. Wilken** |

**RECITALS**

WHEREAS, the Parties entered into a Stipulated Protective Order July 2, 2014 [Doc. 47], which the Court granted on July 3, 2014 [Doc. 49].

WHEREAS the Parties are scheduled to participate in mediation on November 17, 2015.

WHEREAS in the interest of facilitating mediation, the Parties agree to amend the Stipulated Protective Order by allowing the limited disclosure of documents designated for Outside Counsel Only to specifically identified In House Counsel as provided for herein.

NOW, THEREFORE, Counsel for the Parties in the above-referenced action hereby submit this Proposed Stipulation Amending Paragraph 31 of the Protective Order as follows:

31. <u>Disclosure of Highly Confidential – Outside Counsel Only Discovery Material</u>. Unless otherwise ordered by the Court or permitted in writing by each Designating Party, a Receiving Party may only disclose Highly Confidential – Outside Counsel Only Discovery Material to:

(a) the Receiving Party's Outside Counsel;

(b) any outside Expert or Consultant retained or consulted by Outside Counsel for purposes of this Litigation who has signed the "Agreement to Be Bound by Protective Order" (Exhibit A);

(c) any secretarial, paralegal, clerical, duplicating, and data processing personnel of the persons described in subsections (a)-(b), above;

(d) the Court and its personnel in this Litigation, any relevant appellate court in the event that any appeal is taken in this Litigation, and any mediator, should the case be mediated by Court Order or by agreement of the Parties;

(e) court reporters, their staffs, and Litigation Consultants and Support Personnel;

(f) authors of the Document;

(g) persons to whom a copy of such Document was disclosed prior to its production in this Litigation;

(h) the Producing Party's current employees, officers, and directors;

    (i)    vendors retained by or for the Parties to assist in preparing for pretrial discovery, trial, and/or hearings;

    (j)    any other person (i) upon the written agreement of the Designating Party, or (ii) pursuant to court order after a regularly-noticed motion and upon a showing of good cause to permit such disclosure; and

    (k)    subject to the conditions that follow, these In House Counsel, once they have signed the Agreement to Be Bound by Protective Order (Exhibit A to the Parties' Protective Order): Charles Kallenbach (General Counsel and Chief Legal Officer at Heartland), Honora Moore (Assistant General Counsel at Heartland), Ned Greene (General Counsel at Vantiv), Carrie Russell (Chief Litigation Counsel at Vantiv), and Jonathan Ellman (Chief Counsel at Mercury):

        (i)    Receiving Party's Outside Counsel, at its discretion, may show such documents to and discuss the contents of such documents with the In House Counsel listed in section (k) solely for purposes of participating in mediation, currently set for November 17, 2015;

        (ii)    this exception in section (k) is strictly for purposes of mediation, and applies only to documents produced on or before mediation. It does not apply to documents marked for Outside Counsel Only that are produced after November 17, 2015;

        (iii)    no person in section (k) is permitted under any circumstances to make or retain any document or copy of a document disclosed under section (k), regardless of form or medium, including electronic, paper, or otherwise; and

        (iv)    persons listed in section (k) are prohibited at all times from showing or discussing such documents, or any information reflected therein, with

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

any person other than persons already authorized to receive documents designated as Outside Counsel Only.

  (v) section (k) is subject to further amendment by written agreement of the Parties following mediation.

  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| SHARTSIS FRIESE LLP<br>Frank A. Cialone<br>Lisa A. Jacobs<br>Larisa Meisenheimer<br><br>*/s/ Larisa A. Meisenheimer*<br>Larisa A. Meisenheimer<br>*Attorneys for Plaintiff*<br>*Heartland Payment Systems, Inc.* | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>Joseph A. Castrodale<br>Gregory J. Phillips<br>David D. Pope<br><br>ULMER & BERNE LLP<br>Thomas M. Williams<br><br>*/s/ Gregory J. Phillips*<br>*Attorneys for Defendant-Counterclaimant*<br>*Mercury Payment Systems, LLC* |

  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____   _____

                    HONORABLE CLAUDIA WILKEN

3