IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, INC., | No. C 14-0437 CW |
| Plaintiff and Counter-Defendant, | ORDER REGARDING MODIFICATION OF SCHEDULE |
| v. | |
| MERCURY PAYMENT SYSTEMS, LLC, | |
| Defendant and Counter-Claimant. | |

_____/

The Court GRANTS IN PART AND DENIES IN PART the parties' stipulated request for a stay of discovery and modification of the schedule set by the Court's case management order (Docket No. 124). Although the Court is willing to stay discovery for sixty days to accommodate the parties' request, and to extend the discovery cut-off, the Court declines to extend current deadlines in a manner that would affect the previously set trial date of June 19, 2017. Accordingly, the Court SETS the following deadlines:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Deadline for fact discovery (subject to the right to seek leave of court to take additional discovery for good cause shown, based on expert disclosures) | July 1, 2016 | **September 15, 2016** |

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

| Expert disclosures for party with the burden of proof on an issue | August 12, 2016 | **September 30, 2016** |
|---|---|---|
| "Opposing Party" expert disclosures (by stipulation of parties) | September 2, 2016 | **October 14, 2016** |
| Rebuttal expert disclosures to opening reports (by stipulation of parties) | October 7, 2016 | **October 21, 2016** |
| Rebuttal expert disclosures to "Opposing Party" reports (by stipulation of parties) | October 28, 2016 | **October 28, 2016** |
| Expert discovery cutoff | November 22, 2016 | **November 22, 2016** |
| Last day to file dispositive motions | January 20, 2017 | **January 20, 2017** |
| Pretrial conference | May 17, 2017 | **May 17, 2017** |
| Trial | June 19, 2017 | **June 19, 2017** |

IT IS SO ORDERED.

Dated: March 22, 2016

CLAUDIA WILKEN
United States District Judge